## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**CODIE DANIELS**                                                               **PLAINTIFF**
**ADC #144455**

**v.**                              **CASE NO. 5:14-CV-00360 BSM**

**CONNIE HUBBARD &**
**JOANNE BURNETT**                                                     **DEFENDANTS**

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge

J. Thomas Ray [Doc. No. 97] has been reviewed.  No objections have been filed.  After

reviewing the record, the RD is adopted.

Accordingly, the defendants' motion for summary judgment [Doc. No. 83] is granted,

and plaintiff Codie Daniels's inadequate medical care claim is dismissed with prejudice.

IT IS SO ORDERED this 28th day of September 2016.

_____
UNITED STATES DISTRICT JUDGE